**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Case No.: <u>CV 04-583-PA</u>　　　　　　　　　　Date of Proceeding: December 28, 2004

Case Title: <u>Morelock Enterprises v. Weyerhaeuser Company</u>

Presiding Judge: <u>Owen M. Panner</u>　　　　　Courtroom Deputy: <u>Margaret Hunt</u>

Reporter: <u>none</u>　　　　　　　　　　　　　　　Tape No: _____

---

**DOCKET ENTRY:**

Record of Order:

　　A non-party who receives a subpoena commanding him to produce documents may make "written objection" within 14 days (or less in some circumstances). FRCP 45(c)(2)(B). If written objection is timely made, the party serving the subpoena may seek a court order compelling production. <u>Id.</u>

　　Considerably more than 14 days have elapsed since subpoenas were received by non-parties Washington Alder and Cascade Hardwood. The record does not reflect that <u>written</u> objection to those subpoenas was timely made. Therefore, Washington Alder and Cascade Hardwood must comply with the subpoenas. Weyerhaeuser's Motion to Compel (# 81) is granted.

　　Defendant shall serve a copy of this order on counsel for the non-parties.

**PLAINTIFF'S COUNSEL**　　　　　　　**DEFENDANT'S COUNSEL**

_____　　　_____
_____　　　_____
_____　　　_____
_____　　　_____

cc:　{ } All counsel

DOCUMENT NO: _____
CIVIL MINUTES

Civil Minutes　　　　　　　　　　　　　　Honorable Owen M. Panner
JS