**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Case No.:** CV 04-583-PA                                    **Date of Proceeding:** January 13, 2005

**Case Title:** Morelock Enterprises v. Weyerhaeuser Company

**Presiding Judge:** **Owen M. Panner**                       **Courtroom Deputy:** **Margaret Hunt**

**Reporter:** Dennis Grube, 503-326-8180                      **Tape No:**

**DOCKET ENTRY:**

Plaintiffs' Motion (#93) is granted in part and denied in part.  See transcript for details.

The deadline for exchanging expert reports and disclosures is moved to March 1, 2005.

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| Daniel Leftwich, Stephen Crew, Chuck Corrigan | Thomas H. Tongue, George J. Cooper |

cc:    { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

Civil Minutes                                                 Honorable Owen M. Panner