UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Case No.: <u>CV 04-583-PA</u>              Date of Proceeding: April 29, 2005

Case Title: <u>Morelock Enterprises v. Weyerhaeuser Company</u>

Presiding Judge: <u>Owen M. Panner</u>      Courtroom Deputy: <u>Margaret Hunt</u>

Reporter: <u>Dennis Grube</u>              Tape No: _____

**DOCKET ENTRY:**

Record of Hearing and Order:

    Defendant's Motion (# 95) for Summary Judgment taken under advisement. The parties have until Monday, May 2, 2005, to submit any supplemental briefing.

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| Gregory Baruch, J. Daniel Leftwich, | Thomas Tongue, Joseph Tringali |
| Stephen Crew, Bill Buchanan | Jack Cooper, Stephen Fowler |

cc: { } All counsel

DOCUMENT NO: _____
CIVIL MINUTES

Civil Minutes
JS

Honorable Owen M. Panner