**Thomas H. Tongue**, OSB No. 68167
E-Mail: tht@dunn-carney.com
**George J. Cooper**, OSB No. 72056
E-Mail: gjc@dunn-carney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone:     (503) 224-6440
Facsimile:     (503) 224-7324

**Fredric C. Nelson**, CA Bar No. 48402
E-Mail: fcnelson@thelen.com
**John R. Foote**, CA Bar No. 99674
E-Mail: jrfoote@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
101 2nd Street, Suite 1800
San Francisco, CA 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

**Kevin J. Arquit,** NY Bar No. 039865
E-Mail: karquit@stblaw.com
**Joseph F. Tringali**, NY 5235618
E-Mail: jtringali@stblaw.com
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-7680
Facsimile: (212) 455-2502

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MORELOCK ENTERPRISES, INC.,** | No. CV04-583-PA |
| Plaintiff, | AFFIDAVIT OF GEORGE J. COOPER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF CLASS'S MOTIONS *IN LIMINE* |
| v. | |
| **WEYERHAEUSER CO.,** | |
| Defendant. | |

Page 1   AFFIDAVIT OF GEORGE J. COOPER IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF CLASS'S MOTIONS *IN LIMINE*
DCAPDX_n468908_v1_Aff_of_GJC_re_Obj_to_MIL.doc

STATE OF OREGON            )
                           ) ss.
County of Multnomah        )

George J. Cooper, being duly sworn, deposes and says:

1. I am a member of the firm of Dunn Carney Allen Higgins & Tongue LLP, counsel to Weyerhaeuser Company ("Weyerhaeuser"), in the above-captioned action. I respectfully submit this affidavit, and the exhibits annexed hereto, in support of Weyerhaeuser's Opposition to Plaintiff Class's Motions *in Limine*.

2. Attached hereto and made a part hereof are true and correct copies of the following documents:

EXHIBIT 1    Transcript Excerpts of Summary Judgment Hearing (Jan. 22, 2008), *Morelock Enterprises, Inc., et al. v. Weyerhaeuser Co.*, Civil No. CV04-583-PA (D. Or.);

EXHIBIT 2    First Amended Pretrial Stipulation and Order Governing the Use of Discovery Information From Prior Related Cases (Mar. 28, 2005); *Morelock Enterprises, Inc., et al. v. Weyerhaeuser Co.*, Civil No. CV04-583-PA (D. Or.);

EXHIBIT 3    Declaration of Robert Dockstader in Support of Weyerhaeuser's Opposition to Plaintiffs' Motion *in Limine* re Acquisition of Willamette Industries (Feb. 20, 2004), *Westwood Lumber Co., Inc., et al. v. Weyerhaeuser Co.*, Civil No. 03-CV-551-PA (D. Or.);

EXHIBIT 4    Deposition Transcript Excerpts of Mike Connolly (Dec. 17, 2004), *Morelock Enterprises, Inc., et al. v. Weyerhaeuser Co.*, Civil No. CV04-583-PA (D. Or.);

EXHIBIT 5    Deposition Transcript Excerpts of Rick McMurtie (Dec. 29, 2004), *Morelock Enterprises, Inc., et al. v. Weyerhaeuser Co.*, Civil No. CV04-583-PA (D. Or.);

EXHIBIT 6    Deposition Transcript Excerpts of Morton I. Kamien (Oct. 26, 2007), *Morelock Enterprises, Inc., et al. v. Weyerhaeuser Co.*, Civil No. CV04-583-PA (D. Or.);

EXHIBIT 7    Record of Hearing and Order (May 6, 2004), *Washington Alder LLC v. Weyerhaeuser Co.*, Civil No. 03-CV-743-PA (D. Or.);

EXHIBIT 8    Transcript Excerpts of Trial Proceedings, Vol. 1B, (May 11, 2004), *Washington Alder LLC v. Weyerhaeuser Co.*, Civil No. 03-CV-743-PA (D. Or.);

_____
George J. Cooper

SUBSCRIBED AND SWORN to before me this 26th day of February, 2008.

OFFICIAL SEAL
KAREN N OSGOOD
NOTARY PUBLIC-OREGON
COMMISSION NO. 422485
MY COMMISSION EXPIRES DECEMBER 19, 2011

_____
NOTARY PUBLIC FOR OREGON