FILED'08 MAY 01 15:09USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MORELOCK ENTERPRISES, INC., | ) | CV 04-583-PA |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| WEYERHAEUSER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the jury's verdict, judgment is entered for the Plaintiff Class in the amount of $83,946,060.00, allocated as follows:

| | | |
|---|---|---|
| 2000 | $ | 57,396.00 |
| 2001 | $ | 1,780,503.00 |
| 2002 | $ | 6,704,517.00 |
| 2003 | $ | 6,033,816.00 |
| 2004 | $ | 14,934,207.00 |
| 2005 | $ | 34,015,752.00 |
| 2006 | $ | 20,419,869.00 |

DATED this 1st day of May, 2008.

/s/ Owen M. Panner

OWEN M. PANNER
UNITED STATES DISTRICT JUDGE