Stephen F. Crew, OSB No. 78171, stevec@rccb.com
O'DONNELL, CLARK & CREW LLP
Fremont Place, Suite 302
1650 NW Naito Parkway
Portland, Oregon 97209
Telephone: (503) 306-0224
Telecopy: (503) 306-0257
Web: lawyers.com/odonnell&clark

R. Stephen Berry, D.C. Bar No. 234815, sberry@berry-leftwich.com
BERRY & LEFTWICH
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006-1809
Telephone: (202) 296-3020
Telecopy: (202) 296-3038
(Other Counsel Listed on Signature Page)
    Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MORELOCK ENTERPRISES,**<br><br>    **Plaintiff,**<br><br>WEYERHAEUSER CO.<br><br>    **Defendant.** | Civil No. 3:04-cv-00583-PA<br><br>**PLAINTIFF CLASS'S SUPPORTING DOCUMENTS REGARDING MOTIONS FOR AWARDS OF FEES AND COSTS AND DECLARATION OF GREGORY BARUCH** |

The Plaintiff Class hereby respectfully submits its cost documentation in support of the Class's Motion for Statutory Award of Attorneys' Fees and Associated Costs and Class Counsel's Motion for Award of Attorneys' Fees and Costs from the Class Common Fund. These are the documents referred to in Paragraph 15 of the Declaration of Gregory Baruch, filed on this day. Because of their bulk, it is not feasible to file these documents electronically, and the Class is therefore submitting paper copies.

**PLAINTIFF CLASS'S SUPPORTING DOCUMENTS REGARDING MOTIONS FOR AWARDS OF FEES AND COSTS - Page 2**

Berry & Leftwich
1717 Penna. Ave., NW Suite 450
Washington, DC 20006-1809

Dated: May 15, 2008

KARNOPP PETERSEN LLP
William F. Buchanan
OSB No.93222
Josh Newton
OSB No.98308
Telephone: (541) 382-3011

Riverpointe One
1201 NW Wall Street
Suite 300
Bend, Oregon 97701-1957
Telecopy: (541) 388-5401
Web: www. karnopp.com
Email: wfb@karnopp.com

O"DONNELL, CLARK & CREW LLP
Stephen F. Crew
OSB No. 78171, stevec@rccb.com
Mark. P. O'Donnell
OSB No. 68119
Telephone: (503) 306-0224

1706 NW Glisan Street
Suite 6
Portland, Oregon 97209
Telecopy: (503) 306-0257
Web: lawyers.com/odonnell& clark
Email: marko@oandc.com

Respectfully submitted,

BERRY & LEFTWICH

By: _____

R. STEPHEN BERRY
D.C. Bar No. 234815
Telephone: (202) 296-3020

J. Daniel Leftwich
D.C. Bar No. 428134
Gregory Baruch
D.C. Bar No. 420137
1717 Penna. Ave., NW Suite 450
Washington, DC 20006-1809
Telecopy:   (202) 296-3038
Web: berry-leftwich.com
Email: sberry@berry-leftwich.com
       dleftwich@berry-leftwich.com
       gbaruch@berry-leftwich.com

**Attorneys for Plaintiff
Morelock Industries, Inc.
and the Class**

**PLAINTIFF CLASS'S SUPPORTING DOCUMENTS
REGARDING MOTIONS FOR AWARDS OF
FEES AND COSTS - Page 3**

Berry & Leftwich
1717 Penna. Ave., NW Suite 450
Washington, DC 20006-1809

## CERTIFICATE OF SERVICE

Gregory Baruch certifies that on May 15, 2008, the foregoing with accompanying documents was served by prepaid overnight delivery on the following counsel of record for Defendant:

Thomas H. Tongue
George J. Cooper
Dunn Carney Allen Higgins & Tongue LLP
851 S.W. Sixth Avenue, Suite 1500
Portland, OR 97204

*/s/ Gregory Baruch*
Gregory Baruch

PLAINTIFF CLASS'S SUPPORTING DOCUMENTS
REGARDING MOTIONS FOR AWARDS OF
FEES AND COSTS - Page 4

Berry & Leftwich
1717 Penna. Ave., NW Suite 450
Washington, DC 20006-1809