# CONFERENCE CALLS/LONG DISTANCE

```
   17.55 +
   16.08 +
   21.43 +
   11.95 +
    7.71 +
   22.56 +
    2.29 +
    1.16 +
    1.30 +
    6.32 +
   83.01 +
   50.42 +
   23.73 +
   39.27 +
   61.00 +
   10.51 +
   11.99 +
   19.19 +
    7.42 +
  322.38 +
  276.49 +
    7.66 +
  149.08 +
   21.69 +
   38.74 +
   28.50 +
   85.50 +
  288.85 +
   11.61 +
    7.49 +
  166.04 +
   10.20 +
   34.50 +
    2.03 +
  197.90 +
   36.22 +
   92.82 +
    5.45 +
    5.05 +
    5.31 +
    3.69 +
    1.33 +
2,213.426+
```

| | | | | |
|---|---|---|---|---|
| **BERRY & LEFTWICH** | | | | 6153 |
| Verizon Conference Services | Conference Calls:<br>0068 - 17.55 | 4/3/2008 | | 17.55 |
| | | | | |
| Checking | Conference Calls | | | 17.55 |



# VERIZON CONFERENCING
## ACCOUNT STATEMENT

BERRY & LEFTWICH-
01-00067920527-09109           9069
STATEMENT DATE: 02/22/2008
PAYMENT DUE DATE: 03/23/2008

| | | |
|---|---|---|
| BALANCE FROM LAST STATEMENT | 110.27 | PAGE 1 OF  5 |
| PAYMENTS AND CREDITS THRU 02/21/2008 | .00 | |
| BALANCE REMAINING 02/21/2008 | 110.27 | DUE UPON RECEIPT |
| | | |
| CONFERENCE CALLING CHARGES | 14.46 | |
| TELE-MANAGEMENT CHARGES | .00 | |
| OTHER CHARGES | .00 | |
| TAXES AND SURCHARGES | 3.09 | |
| CURRENT CHARGES | 17.55 | |
| | | |
| TOTAL DUE 03/23/2008 | 127.82 | |

01-00067920527-09109
BERRY & LEFTWICH-
1717 PENNSYLVANIA AVE NW
#450 ATTN: HELENE ROSS
WASHINGTON DC  20006-4609

REV LOC:        VBW

IF YOU HAVE A QUESTION ABOUT YOUR ACCOUNT, CALL: 1-800-475-0600    OR WRITE: VERIZON CONFERENCING
                                                                             500 SECOND AVE SE
                                                                             8TH FLOOR
                                                                             CEDAR RAPIDS, IA  52401

ON CONFERENCING



**verizon**

01-00067920527-002    BERRY & LEFTWICH-
FOR ASSISTANCE CALL 1-800-475-0600    2/22/08    PAGE 3

### INVOICE SUMMARY STATEMENT

**TELE-MANAGEMENT CHARGES**

TOTAL TELE-MANAGEMENT CHARGES .00

**TAXES AND SURCHARGES**

FEDERAL, STATE & LOCAL SURCHARGES      1.99
FEDERAL UNIVERSAL SERVICE FEE           .94
CARRIER COST RECOVERY CHARGE            .16

TOTAL TAXES AND SURCHARGES             3.09

**CONFERENCE CALLING SUMMARY OF USAGE**

| | TOTAL CALLS | TOTAL MINUTES | CHARGES | VOLUME DISCOUNT | NET CHARGES |
|---|---|---|---|---|---|
| CONFERENCE CALLS | 1 | 170.8 | $14.46 | $.00 | $14.46 |
| FEATURE CHARGES | | | $.00 | | $.00 |

---

**verizon**

01-00067920527-002    BERRY & LEFTWICH-
FOR ASSISTANCE CALL 1-800-475-0600    2/22/08    PAGE 2

### INVOICE SUMMARY STATEMENT

***** N O T I C E *****

PERHAPS YOU DID NOT REALIZE THAT YOUR LAST
STATEMENT WAS STILL UNPAID. YOUR PAYMENT OF
$ 110.27 IS DUE UPON RECEIPT OF THIS STATEMENT.

IF YOUR PAYMENT HAS BEEN MAILED, PLEASE ACCEPT
OUR THANKS.

**verizon**

01-00067920527-107   BERRY & LEFTWICH-
FOR ASSISTANCE CALL 1-800-475-0600   2/22/08   PAGE 4

CONFERENCE CALL SUMMARY

| DESCRIPTION | MINUTES | CHARGES | VOLUME DISCOUNT | TAXES | CALL TOTAL |
|---|---|---|---|---|---|
| 03-AUG-2007 BERRY | 170.0 | $14.46 | $.00 | $3.09 | $17.55 |
| TOTAL CONFERENCE CALLS | 170.0 | $14.46 | $.00 | $3.09 | $17.55 |
| TOTAL CONFERENCE CALLS | 1 | | | | |

---

**verizon**

01-00067920527-060   BERRY & LEFTWICH-
FOR ASSISTANCE CALL 1-800-475-0600   2/22/08   PAGE 5

| DATE | TIME | CT | FROM | | TO | | PHONE NUMBER | MINUTES | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 03-AUG-2007 BERRY | | | UNATTENDED | | INSTANT MEETING | | | | |
| 01/25 | 10:33A | | BOULDER | CO | UNATTENDED | | 866-713-3884 | 2.0 | .17 |
| 02/01 | 11:33A | | WASHINGTON | DC | UNATTENDED | | 866-713-3884 | 8.0 | .68 |
| 02/01 | 11:38A | | BEND | OR | UNATTENDED | | 866-713-3884 | 56.0 | 4.76 |
| 02/01 | 11:39A | | WASHINGTON | DC | UNATTENDED | | 866-713-3884 | 55.0 | 4.68 |
| 02/01 | 11:47A | | BEND | OR | UNATTENDED | | 866-713-3884 | 47.0 | 4.00 |
| 02/02 | 02:22P | | ROCHESTER | NY | UNATTENDED | | 866-713-3884 | 2.0 | .17 |
| SUBTOTAL | | | | | | | | 170.0 | 14.46 |

TOTAL MINUTES              170.0
TOTAL FEATURE CHARGES      $.00
TOTAL CHARGES              $14.46
TOTAL CONFERENCE CALLS     1

