Stephen F. Crew, OSB No. 78171, stevec@rccb.com
O'DONNELL, CLARK & CREW LLP
Fremont Place, Suite 302
1650 NW Naito Parkway
Portland, Oregon 97209
Telephone: (503) 306-0224
Telecopy: (503) 306-0257

R. Stephen Berry, D.C. Bar No. 234815, sberry@berry-leftwich.com
BERRY & LEFTWICH
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006-1809
Telephone: (202) 296-3020
Telecopy: (202) 296-3038
(Other Counsel Listed on Signature Page of Accompanying Motions)
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MORELOCK ENTERPRISES,

    Plaintiff,

WEYERHAEUSER CO.

    Defendant.

Civil No. 3:04-cv-00583-PA

## THIRD DECLARATION OF GREGORY BARUCH RELATING TO COSTS AND FEES

Pursuant to 28 U.S.C. § 1746, Gregory Baruch declares as follows:

1.    I am a partner in the law firm Berry & Baruch, formerly partner in the law firm Berry & Leftwich, and one of the counsel of record in this case. This Declaration is submitted to update information previously submitted in connection with Class Counsel's application for fees and costs.

**THIRD DECLARATION OF GREGORY BARUCH
RELATING TO COSTS AND FEES - Page 1**

Berry & Baruch
1717 Penna. Ave., NW Suite 450
Washington, DC 20006-1809

### Costs

2.   In their Report on Consultation Re Attorneys' Fees and Costs (filed July 9, 2008), Class Counsel stated that they were seeking reimbursement for $1,822,869.89 in costs expended in this litigation. Since then, Class Counsel have incurred another $31,861.96 in costs. These costs are itemized in the materials appended as Exhibit A. Thus, the total costs expended thus far for which Class Counsel are seeking reimbursement amount to $1,854,731.[1]

### Hours

3.   Class Counsel have requested that fees be awarded on a percentage basis, as is customary in common fund cases. However, in evaluating Class Counsel's request for fees, the Court will presumably wish to be informed of the lodestar fees incurred by Class Counsel. In our July 9, 2008 Report on Consultation re: Attorney Fees and Costs, we set forth $5,077,552 in lodestar fees.[2] For the period after the last submission of hours (*i.e.*, from May 15, 2008 through April 28, 2009), we have incurred the following additional hours:

| | |
|---|---|
| R. Stephen Berry | 67.75 hours |
| Gregory Baruch | 369.00 hours |
| Paralegal | 45.75 hours |

---

[1]   Since this amount reflects only costs actually incurred to date, this amount does not include further costs likely to be incurred if preliminary approval is granted, such as the costs of settlement administration.

[2]   The figure set forth in the Report on Consultation represented a reduction of $9,100 when compared to the fees previously set forth in our Motion for Award of Costs and Fees. This was because of the deletion of inadvertent double-billings for Mr. Leftwich (4 hours on Oct. 17, 2007) and myself (7 hours on Sept. 24, 2007) and of an inadvertent triple-billing for paralegal work (12 hours and 12 hours on April 11, 2008).

**THIRD DECLARATION OF GREGORY BARUCH**  
**RELATING TO COSTS AND FEES - Page 2**

Berry & Baruch  
1717 Penna. Ave., NW Suite 450  
Washington, DC 20006-1809

Time entries are set forth in the printout appended as Exhibit B. Applying the same hourly rates set forth in my May 15, 2008 Declaration in Support of Bill of Costs and Motions for Award of Costs and Fees (and without adjusting for any annual rate increase in the intervening year), this would result in the following fees:

|  | Hours | Rate | Fees |
|---|---|---|---|
| R. Stephen Berry | 67.75 hours | $725 | $49,118.75 |
| Gregory Baruch | 369.00 hours | $500 | $184,500.00 |
| Paralegal | 45.75 hours | $150 | $6,862.50 |
|  |  | Total: | $240,481.25 |

Adding this to the $5,077,552 in fees set forth in the previously submitted Report on Consultation re: Attorney Fees and Costs, this results in total lodestar fees of $5,318,033.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May, 2009

_____
GREGORY BARUCH

**THIRD DECLARATION OF GREGORY BARUCH**
**RELATING TO COSTS AND FEES - Page 3**

Berry & Baruch
1717 Penna. Ave., NW Suite 450
Washington, DC 20006-1809