# EXHIBIT A-2

**Berry & Baruch**                    1717 Pennsylvania Avenue, N.W.Suite 450, Washington, DC  20006

(202) 296-3020

May 07, 2009

Invoice submitted to:
Weyerhauser - Hours

Invoice #  040809.01                                          Client No.      0068.01

For professional services rendered by the Firm
from May 15, 2008 through April 8, 2009.

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 7/31/2008 | Thomson West, Westlaw Research, 5/08. | 329.22 |
| 8/27/2008 | Thomson West, Westlaw Research, 7/08. | 68.21 |
| 4/7/2009 | Thomson West, Westlaw Research, 6/08. | 322.26 |
| 5/7/2009 | Thomson West, Westlaw Research, 12/08. | 13.15 |
|  | Thomson West, Westlaw Research, 1/09. | 28.02 |
| | **Total costs** | **$760.86** |

**(ENTITY)**

**\*\*\* CHECK REQUEST \*\*\***

| For Accounting Use Only | | BANK ACCOUNT# : |
|---|---|---|

CASH ACCOUNT USED:     1101    _____
(CIRCLE ONE)             1102    _____
                         1103

ENTER CHECK NUMBER        : __ __ __ __ __ __ __ __ :

ENTER CHECK DATE (mm/dd/yy)  : ___/___/___ :

ENTER PAYEE:    *Thomson West* _____

ENTER CHECK AMOUNT        : __ __ __ , __ __ __ , *329 . 22* :

| ACCOUNT# | AMOUNT |
|---|---|
| : 0 0 *68* . __ : | : __ __ __ , __ __ __ , *329 . 22* : |
| : 0 0 __ __ . __ __ : | : __ __ __ , __ __ __ , __ __ . __ __ : |
| : 0 0 __ __ . __ __ : | : __ __ __ , __ __ __ , __ __ . __ __ : |
| : 0 0 __ __ . __ __ : | : __ __ __ , __ __ __ , __ __ . __ __ : |
| : 0 0 __ __ . __ __ : | : __ __ __ , __ __ __ , __ __ . __ __ : |
| : 0 0 __ __ . __ __ : | : __ __ __ , __ __ __ , __ __ . __ __ : |
| : 0 0 __ __ . __ __ : | : __ __ __ , __ __ __ , __ __ . __ __ : |
| : 0 0 __ __ . __ __ : | : __ __ __ , __ __ __ , __ __ . __ __ : |
| : 0 0 __ __ . __ __ : | : __ __ __ , __ __ __ , __ __ . __ __ : |
| : 0 0 __ __ . __ __ : | : __ __ __ , __ __ __ , __ __ . __ __ : |

DESCRIPTION:    *Westlaw research, 5/08*
                *(32,922 lines @ .01)*

APPROVAL: _____    ENTERED BY: _____

                              DATE        : _____

THOMSON

WEST

ACCT# 1000738219
Case 1:04-cv-00583 BERRY & LEFTWICH 528-3    Filed 05/15/2009    Page 4 of 20
1717 PENNSYLVANIA AVE NW STE 450
WASHINGTON DC  20006-4609

| INVOICE # 816113281 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2008 - MAY 31, 2008 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE | TAX | TOTAL CHARGE |
| **WEST INFORMATION CHARGES** | | 481.43 | 26.02 | 507.45 |

```
TOTAL                    507.45
LESS PREPAYMENT          507.45 -
AMOUNT DUE                 0.00

(REMAINING PREPAYMENT   3,591.70 )
```

*Westlaw.*

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson West or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**
  1-800-328-4880

1000738219                    A

**RETURN BOTTOM PORTION WITH PAYMENT**

INVOICE #        816113281
INVOICE DATE     06/01/2008
ACCOUNT #        1000738219          WEST INFORMATION CHARGES
VENDOR #         41-1426973          MAY 01, 2008 - MAY 31, 2008
VAT REG#         EU826006554

AMOUNT DUE           0.00
DUE DATE        07/01/2008
AMOUNT ENCLOSED $_____

West Payment Center
P.O. Box 6292                        BERRY & LEFTWICH
Carol Stream, IL 60197-6292          1717 PENNSYLVANIA AVE NW STE 450
                                     WASHINGTON DC  20006-4609

0816113281 0000000000000000000000 20080601 ZCPG 000000000 0010 1000738219 6

1717 PENNSYLVANIA AVE NW STE 450
WASHINGTON DC 20006-4609

---

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson West or to shop online visit west.thomson.com.

---

INVOICE #  816113281        **BILLING SUMMARY**        **PAGE**
POSTING # 6052377741        MAY 01, 2008 - MAY 31, 2008        1

| DESCRIPTION | UNITS | CHARGE | TAX | TOTAL CHARGE |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **RESULTSPLUS ACCESS METHOD** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE ALLOCATION | | 95.16 | 5.47 | 100.63 |
| COMMUNICATION ALLOCATION | | 6.07 | 0.00 | 6.07 |
| TOTAL MONTHLY CHARGES | | 101.23S | 5.47S | 106.70S |
| **TOTAL RESULTSPLUS ACCESS METHOD CHARGES** | | **101.23SG** | **5.47SG** | **106.70SG** |
| | | | | |
| **WESTLAW ALL CASES & STATUTES - DC** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE ALLOCATION | | 357.39 | 20.55 | 377.94 |
| COMMUNICATION ALLOCATION | | 22.81 | 0.00 | 22.81 |
| TOTAL MONTHLY CHARGES | | 380.20S | 20.55S | 400.75S |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 51 | 0.00 | 0.00 | 0.00 |
| TRANSACTIONAL ONLINE FINDS | 208 | 0.00 | 0.00 | 0.00 |
| OFFLINE TRANSMISSION | | | | |
| WESTLAW LINES | 32,922 | 0.00 | 0.00 | 0.00 |
| TOTAL OFFLINE TRANSMISSION | 32,922 | 0.00 | 0.00 | 0.00 |
| TRANSACTIONAL ONLINE CITATION CHECKING | 49 | 0.00 | 0.00 | 0.00 |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | 0.00S | 0.00S |
| **TOTAL WESTLAW ALL CASES & STATUTES - DC CHARGES** | | **380.20SG** | **20.55SG** | **400.75SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **481.43SG** | **26.02SG** | **507.45SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **481.43G** | **26.02G** | **507.45G** |

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

| ACCT# 1000738219 BERRY & LEFTWICH WASHINGTON, DC 20006-4609 | CLIENT BY USER BY DAY SUMMARY MAY 01, 2008 - MAY 31, 2008 | | INVOICE # 816113281 POSTING # 605237741 | | PAGE 1 |
|---|---|---|---|---|---|
| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
| **68-JDL** | | | | | |
| 4740559  DAN LEFTWICH | | | | | |
| 05/05/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 1I | :00I | 1,233I | 0.00I |
| 05/06/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 19I | :00I | 4,079I | 0.00I |
| 05/12/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 22I | :00I | 6,012I | 0.00I |
| 05/16/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 13I | :00I | 490I | 0.00I |
| 05/20/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 12I | :00I | 6,737I | 0.00I |
| 05/22/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 6I | :00I | 404I | 0.00I |
| 05/27/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 13I | :00I | 0I | 0.00I |
| 05/28/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 20I | :00I | 5,544I | 0.00I |
| 05/29/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 9I | :00I | 0I | 0.00I |
| 05/30/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 7I | :00I | 8,423I | 0.00I |
| TOTAL 68-JDL CHARGES | :00S | 122S | :00S | 32,922S | |
| **68GB** | | | | | |
| 4740557  GREG BARUCH | | | | | |
| 05/01/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 4I | :00I | 0I | 0.00I |
| 05/06/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 2I | :00I | 0I | 0.00I |
| 05/07/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 4I | :00I | 0I | 0.00I |
| 05/08/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 5I | :00I | 0I | 0.00I |
| 05/09/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 22I | :00I | 0I | 0.00I |
| 05/12/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 27I | :00I | 0I | 0.00I |
| 05/13/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 62I | :00I | 0I | 0.00I |
| 05/14/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 9I | :00I | 0I | 0.00I |
| 05/15/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 27I | :00I | 0I | 0.06I |
| 05/22/08  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | :00I | 24I | :00I | 0I | 0.00I |
| TOTAL 68GB CHARGES | :00S | 186S | :00S | 0S | |
| CHARGES ASSIGNED TO CLIENTS | :00T | 308T | :00T | 32,922T | 0.00T |

A

1000738219

* INCLUDES APPLICABLE TAXES

591

_____

**(ENTITY)**

**\*\*\* CHECK REQUEST \*\*\***

| For Accounting Use Only | | **BANK ACCOUNT#** : |
|---|---|---|

|  | 1101 | _____ |
|---|---|---|
| **CASH ACCOUNT USED:** | 1102 | _____ |
| **(CIRCLE ONE)** | 1103 | |

**ENTER CHECK NUMBER**     : __ __ __ __ __ __ __ __ :

**ENTER CHECK DATE (mm/dd/yy)**   : ___/___/___ :

_____

**ENTER PAYEE:**    _Thomson West_

_____

**ENTER CHECK AMOUNT**       :___,___,_3 2 2.2 6:

| **ACCOUNT#** | **AMOUNT** |
|---|---|
| :0 0 _6 8_.__ : | :__ __,__ __,_3 2 2.2 6_: |
| :0 0 __.__ : | :__ __,__ __,__ __.__: |
| :0 0 __.__ : | :__ __,__ __,__ __.__: |
| :0 0 __.__ : | :__ __,__ __,__ __.__: |
| :0 0 __.__ : | :__ __,__ __,__ __.__: |
| :0 0 __.__ : | :__ __,__ __,__ __.__: |
| :0 0 __.__ : | :__ __,__ __,__ __.__: |
| :0 0 __.__ : | :__ __,__ __,__ __.__: |
| :0 0 __.__ : | :__ __,__ __,__ __.__: |
| :0 0 __.__ : | :__ __,__ __,__ __.__: |

**DESCRIPTION:** _Westlaw Research, 6/08._
_(32,226 lines @ .01)_

_____

**APPROVAL:** _____    **ENTERED BY:** _____

                         **DATE**    : _____

ACCT# 1000738219

Case 3:04-cv-00583-BERRY & LEFTWICH 528-3    Filed 05/15/2009    Page 8 of 20
1717 PENNSYLVANIA AVE NW STE 450
WASHINGTON DC 20006-4609

**THOMSON**

**WEST** ™

| INVOICE # 816299610 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2008 - JUN 30, 2008 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE | TAX | TOTAL CHARGE |
| **WEST INFORMATION CHARGES** | | 481.43 | 26.02 | 507.45 |
| TOTAL | 507.45 | | | |
| LESS PREPAYMENT | 507.45 - | | | |
| AMOUNT DUE | 0.00 | | | |
| (REMAINING PREPAYMENT | 3,084.25 ) | | | |

*Westlaw.*

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson West or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**
1-800-328-4880

1000738219                        A

---

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 816299610 |
| INVOICE DATE | 07/01/2008 |
| ACCOUNT # | 1000738219 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

**WEST INFORMATION CHARGES**
JUN 01, 2008 - JUN 30, 2008

| | |
|---|---|
| AMOUNT DUE | 0.00 |
| DUE DATE | 07/31/2008 |
| AMOUNT ENCLOSED $ | _____ |

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

BERRY & LEFTWICH
1717 PENNSYLVANIA AVE NW STE 450
WASHINGTON DC 20006-4609

0816299610 0000000000000000000000 20080701 ZCPG 000000000 0010 1000738219 6

1717 PENNSYLVANIA AVE NW STE 450
WASHINGTON DC 20006-4609

---

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson West or to shop online visit west.thomson.com.

---

| INVOICE # 816299610 POSTING # 6052955085 | BILLING SUMMARY JUN 01, 2008 - JUN 30, 2008 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | UNITS | CHARGE | TAX | TOTAL CHARGE |
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **RESULTSPLUS ACCESS METHOD** | | | | |
|   MONTHLY CHARGES | | | | |
|     DATABASE ALLOCATION | | 95.16 | 5.47 | 100.63 |
|     COMMUNICATION ALLOCATION | | 6.07 | 0.00 | 6.07 |
|   TOTAL MONTHLY CHARGES | | 101.23S | 5.47S | 106.70S |
|   WESTLAW USAGE CHARGES | | | | |
|     TRANSACTIONAL ONLINE FINDS | 3 | 0.00 | 0.00 | 0.00 |
|     OFFLINE TRANSMISSION | | | | |
|       WESTLAW LINES | 3,276 | 0.00 | 0.00 | 0.00 |
|     TOTAL OFFLINE TRANSMISSION | 3,276 | 0.00 | 0.00 | 0.00 |
|   TOTAL WESTLAW USAGE CHARGES | | 0.00S | 0.00S | 0.00S |
| **TOTAL RESULTSPLUS ACCESS METHOD CHARGES** | | **101.23SG** | **5.47SG** | **106.70SG** |
| | | | | |
| **WESTLAW ALL CASES & STATUTES - DC** | | | | |
|   MONTHLY CHARGES | | | | |
|     DATABASE ALLOCATION | | 357.39 | 20.55 | 377.94 |
|     COMMUNICATION ALLOCATION | | 22.81 | 0.00 | 22.81 |
|   TOTAL MONTHLY CHARGES | | 380.20S | 20.55S | 400.75S |
|   WESTLAW USAGE CHARGES | | | | |
|     HOURLY DATABASE | 7:07 | 0.00 | 0.00 | 0.00 |
|     TRANSACTIONAL SEARCHES | 35 | 0.00 | 0.00 | 0.00 |
|     TRANSACTIONAL ONLINE FINDS | 122 | 0.00 | 0.00 | 0.00 |
|     COMMUNICATIONS | 7:07 | 0.00 | 0.00 | 0.00 |
|     HOURLY CONNECT | 7:07 | 0.00 | 0.00 | 0.00 |
|     OFFLINE TRANSMISSION | | | | |
|       WESTLAW LINES | 54,208 | 0.00 | 0.00 | 0.00 |
|     TOTAL OFFLINE TRANSMISSION | 54,208 | 0.00 | 0.00 | 0.00 |
|     TRANSACTIONAL ONLINE CITATION CHECKING | 32 | 0.00 | 0.00 | 0.00 |
|   TOTAL WESTLAW USAGE CHARGES | | 0.00S | 0.00S | 0.00S |
| **TOTAL WESTLAW ALL CASES & STATUTES - DC CHARGES** | | **380.20SG** | **20.55SG** | **400.75SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **481.43SG** | **26.02SG** | **507.45SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **481.43G** | **26.02G** | **507.45G** |

| ACCT# 1000738219<br>BERRY & LEFTWICH<br>WASHINGTON, DC 20006-4609 | CLIENT BY USER BY DAY SUMMARY<br>JUN 01, 2008 - JUN 30, 2008 | | INVOICE # 816299610<br>POSTING # 6052955085 | | PAGE 1 |
|---|---|---|---|---|---|
| **CLIENT** | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
| **68-JDL** | | | | | |
| 4740559  DAN LEFTWICH | | | | | |
| 06/11/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 4I | :00I | 0I | 0.00I |
| 06/12/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 31I | :00I | 2,283I | 0.00I |
| 06/13/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 2I | :00I | 0I | 0.00I |
| 06/18/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 36I | :00I | 3,730I | 0.00I |
| 06/20/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 18I | :00I | 11,776I | 0.00I |
| 06/23/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 9I | :00I | 669I | 0.00I |
| 06/25/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 28I | :00I | 3,467I | 0.00I |
| 06/27/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 9I | :00I | 5,322I | 0.00I |
| 06/30/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 16I | :00I | 4,979I | 0.00I |
| TOTAL 68-JDL CHARGES | :00S | 153S | :00S | 32,226S | 0.00S |
| **68GB** | | | | | |
| 4740557  GREG BARUCH | | | | | |
| 06/04/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 4I | :00I | 0I | 0.00I |
| 06/05/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 2I | :00I | 0I | 0.00I |
| 06/06/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 3I | :00I | 0I | 0.00I |
| 06/09/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 11I | :00I | 0I | 0.00I |
| 06/10/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 3I | :00I | 0I | 0.00I |
| 06/11/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 2I | :00I | 0I | 0.00I |
| 06/13/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 4I | :00I | 0I | 0.00I |
| 06/19/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 4I | :00I | 0I | 0.00I |
| 06/20/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 4I | :00I | 0I | 0.00I |
| TOTAL 68GB CHARGES | :00S | 37S | :00S | 0S | 0.00S |
| **99RSB** | | | | | |
| 4740557  GREG BARUCH | | | | | |
| 06/05/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00I | 2I | :00I | 25,258I | 0.00I |
| TOTAL 99RSB CHARGES | :00S | 2S | :00S | 25,258S | 0.00S |
| **ANITA WOEHLER** | | | | | |
| 4740560  ANITA WOEHLER | | | | | |
| 06/05/08  TOTAL SPECIAL PRICING INCLUDED CHARGES() | 7:07I | 0I | 7:07I | 0I | 0.00I |
| TOTAL ANITA WOEHLER CHARGES | 7:07S | 0S | 7:07S | 0S | 0.00S |
| CHARGES ASSIGNED TO CLIENTS | 7:07T | 192T | 7:07T | 57,484T | 0.00T |

\* INCLUDES APPLICABLE TAXES

1000738219

3935

A

**(ENTITY)**

**\*\*\* CHECK REQUEST \*\*\***

For Accounting Use Only                                          BANK ACCOUNT# :

                                    1101                    _____

CASH ACCOUNT USED:          1102                    _____
   (CIRCLE ONE)
                                    1103

ENTER CHECK NUMBER          : __ __ __ __ __ __ __ __ :

ENTER CHECK DATE (mm/dd/yy)   : ___/___/___ :

ENTER PAYEE:  _____ *Thomson West* _____

ENTER CHECK AMOUNT          :__ __ __,__ __ __,__ *68.21* :

| ACCOUNT# | | AMOUNT |
|---|---|---|
| :0 0 *68*.__ __: | | :__ __ __,__ __ __,__ *68.21*: |
| :0 0 __.__ __: | | :__ __ __,__ __ __,__ __ __: |
| :0 0 __.__ __: | | :__ __ __,__ __ __,__ __ __: |
| :0 0 __.__ __: | | :__ __ __,__ __ __,__ __ __: |
| :0 0 __.__ __: | | :__ __ __,__ __ __,__ __ __: |
| :0 0 __.__ __: | | :__ __ __,__ __ __,__ __ __: |
| :0 0 __.__ __: | | :__ __ __,__ __ __,__ __ __: |
| :0 0 __.__ __: | | :__ __ __,__ __ __,__ __ __: |
| :0 0 __.__ __: | | :__ __ __,__ __ __,__ __ __: |
| :0 0 __.__ __: | | :__ __ __,__ __ __,__ __ __: |

DESCRIPTION: _____ *Westlaw Research, 7/08.*
_____ *(6,821 lines @ .01)* _____

_____

APPROVAL: _____          ENTERED BY: _____

                                        DATE          : _____

THOMSON

WEST

Case 8:04-cv-00583-RAL PENNSYLVANIA AVE NW STE 450 Filed 05/15/2009 Page 12 of 20
BERRY & LEFTWICH
WASHINGTON DC 20006-4609

| INVOICE # 816490624 | WEST INFORMATION CHARGES INVOICE JUL 01, 2008 - JUL 31, 2008 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE | TAX | TOTAL CHARGE |
| WEST INFORMATION CHARGES | | 481.43 | 26.02 | 507.45 |

TOTAL                       507.45
LESS PREPAYMENT             507.45 -
AMOUNT DUE                    0.00

(REMAINING PREPAYMENT       2,576.80 )

*Westlaw.*

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson West or to shop online visit west.thomson.com.

√ TS 4/7/09

**FOR BILLING INFORMATION CALL**
1-800-328-4880                                           1000738219                              A

**RETURN BOTTOM PORTION WITH PAYMENT**

INVOICE #            816490624
INVOICE DATE         08/01/2008
ACCOUNT #            1000738219                    WEST INFORMATION CHARGES
VENDOR #             41-1426973                     JUL 01, 2008 - JUL 31, 2008
VAT REG#             EU826006554

AMOUNT DUE            0.00
DUE DATE             08/31/2008
AMOUNT ENCLOSED $_____

                              West Payment Center
                              P.O. Box 6292                    BERRY & LEFTWICH
                              Carol Stream, IL 60197-6292       1717 PENNSYLVANIA AVE NW STE 450
                                                                WASHINGTON DC 20006-4609

0816490624 0000000000000000000000 20080801 ZCPG 000000000 0010 1000738219 5

BERRY & LEFTWICH
1717 PENNSYLVANIA AVE NW STE 450
WASHINGTON DC 20006-4609

---

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson West or to shop online visit west.thomson.com.

---

| | | | | |
|---|---|---|---|---|
| INVOICE # 816490624 | **BILLING SUMMARY** | | | **PAGE** |
| POSTING # 6053571435 | JUL 01, 2008 - JUL 31, 2008 | | | 1 |

| DESCRIPTION | UNITS | CHARGE | TAX | TOTAL CHARGE |
|---|---|---|---|---|
| **DETAIL OF CHARGES** | | | | |
| | | | | |
| **RESULTSPLUS ACCESS METHOD** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE ALLOCATION | | 95.16 | 5.47 | 100.63 |
| COMMUNICATION ALLOCATION | | 6.07 | 0.00 | 6.07 |
| TOTAL MONTHLY CHARGES | | 101.23S | 5.47S | 106.70S |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL ONLINE FINDS | 1 | 0.00 | 0.00 | 0.00 |
| OFFLINE TRANSMISSION | | | | |
| WESTLAW LINES | 1,038 | 0.00 | 0.00 | 0.00 |
| TOTAL OFFLINE TRANSMISSION | 1,038 | 0.00 | 0.00 | 0.00 |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | 0.00S | 0.00S |
| **TOTAL RESULTSPLUS ACCESS METHOD CHARGES** | | **101.23SG** | **5.47SG** | **106.70SG** |
| | | | | |
| **WESTLAW ALL CASES & STATUTES - DC** | | | | |
| MONTHLY CHARGES | | | | |
| DATABASE ALLOCATION | | 357.39 | 20.55 | 377.94 |
| COMMUNICATION ALLOCATION | | 22.81 | 0.00 | 22.81 |
| TOTAL MONTHLY CHARGES | | 380.20S | 20.55S | 400.75S |
| WESTLAW USAGE CHARGES | | | | |
| TRANSACTIONAL SEARCHES | 1 | 0.00 | 0.00 | 0.00 |
| TRANSACTIONAL ONLINE FINDS | 60 | 0.00 | 0.00 | 0.00 |
| OFFLINE TRANSMISSION | | | | |
| WESTLAW LINES | 5,783 | 0.00 | 0.00 | 0.00 |
| TOTAL OFFLINE TRANSMISSION | 5,783 | 0.00 | 0.00 | 0.00 |
| TRANSACTIONAL ONLINE CITATION CHECKING | 13 | 0.00 | 0.00 | 0.00 |
| TOTAL WESTLAW USAGE CHARGES | | 0.00S | 0.00S | 0.00S |
| **TOTAL WESTLAW ALL CASES & STATUTES - DC CHARGES** | | **380.20SG** | **20.55SG** | **400.75SG** |
| | | | | |
| **TOTAL DETAIL OF CHARGES** | | **481.43SG** | **26.02SG** | **507.45SG** |
| | | | | |
| **TOTAL WEST INFORMATION CHARGES** | | **481.43G** | **26.02G** | **507.45G** |

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

**CLIENT BY USER BY DAY SUMMARY**

ACCT# 1000738219
BERRY & LEFTWICH
WASHINGTON, DC 20006-4609

JUL 01, 2008 - JUL 31, 2008

INVOICE # 81649624
POSTING # 6053571435

PAGE 1

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGES |
|---|---|---|---|---|---|
| **68-JDL** | | | | | |
| **4740559 DAN LEFTWICH** | | | | | |
| 07/01/08 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 6I | :00I | 4,198I | 0.00I |
| 07/21/08 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 21I | :00I | 0I | 0.00I |
| 07/23/08 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 13I | :00I | 1,886I | 0.00I |
| 07/24/08 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 2I | :00I | 737I | 0.00I |
| TOTAL 68-JDL CHARGES | :00S | 42S | :00S | 6,821S | 0.00S |
| **68GB** | | | | | |
| **4740557 GREG BARUCH** | | | | | |
| 07/10/08 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 33I | :00I | 0I | 0.00I |
| TOTAL 68GB CHARGES | :00S | 33S | :00S | 0S | 0.00S |
| CHARGES ASSIGNED TO CLIENTS | :00T | 75T | :00T | 6,821T | 0.00T |

* INCLUDES APPLICABLE TAXES

10941

1000738219

A

Westlaw - December 2008

$\begin{array}{c} 68 \\ \hline 13.15 \end{array}$    $\begin{array}{c} 99 \\ \hline 468.28 \end{array}$

VTS 5/7/09

**Account:** BERRY & BRAUCH, WASHINGTON DC (1000738219)
**Date Range:** December 01, 2008 - December 31, 2008
**Report Format:** Summary-Account by Client by User by Day

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| **Account: 1000738219** | | | | | | | | |
| **Client 69G3** | | | | | | | | |
| **User Name** BARUCH,GREG (4740557) | | | | | | | | |
| Day 12/19/2008 | | | | | | | | |
| Totals for Included | | 6 | | | $52.50 | $9.52 | $0.55 | $10.07 |
| Totals for Day 12/19/2008 | | 6 | | | $52.50 | $9.52 | $0.55 | $10.07 |
| Day 12/24/2008 | | | | | | | | |
| Totals for Included | | 1 | | | $10.00 | $1.81 | $0.11 | $1.92 |
| Totals for Day 12/24/2008 | | 1 | | | $10.00 | $1.81 | $0.11 | $1.92 |
| Day 12/28/2008 | | | | | | | | |
| Totals for Included | | 1 | | | $10.00 | $1.81 | $0.11 | $1.92 |
| Totals for Day 12/28/2008 | | 1 | | | $10.00 | $1.81 | $0.11 | $1.92 |
| Totals for User Name BARUCH,GREG (4740557) | | 8 | | | $72.50 | $13.15 | $0.76 | $13.91 |
| Totals for Client 69G3 | | 8 | | | $72.50 | $13.15 | $0.76 | $13.91 |
| **Client 99G8** | | | | | | | | |
| **User Name** BARUCH,GREG (4740557) | | | | | | | | |
| Day 12/04/2008 | | | | | | | | |
| Totals for Included | | 3 | | | $338.00 | $61.45 | $3.33 | $64.80 |
| Totals for Day 12/04/2008 | | 3 | | | $339.00 | $61.46 | $3.33 | $64.80 |
| Day 12/09/2008 | | | | | | | | |
| Totals for Included | | 5 | | | $462.00 | $83.78 | $4.54 | $88.32 |
| Totals for Day 12/09/2008 | | 5 | | | $462.00 | $83.78 | $4.54 | $88.32 |
| Day 12/10/2008 | | | | | | | | |
| Totals for Included | | 11 | | | $831.00 | $150.70 | $8.17 | $159.87 |
| Totals for Day 12/10/2008 | | 11 | | | $831.00 | $150.70 | $8.17 | $159.87 |
| Day 12/11/2008 | | | | | | | | |
| Totals for Included | | 8 | | | $591.25 | $107.22 | $5.81 | $113.04 |
| Totals for Day 12/11/2008 | | 8 | | | $591.25 | $107.22 | $5.81 | $113.04 |
| Day 12/12/2008 | | | | | | | | |
| Totals for Included | | 3 | | | $339.00 | $61.48 | $3.33 | $64.80 |
| Totals for Day 12/12/2008 | | 3 | | | $339.00 | $61.48 | $3.33 | $64.80 |
| Day 12/24/2008 | | | | | | | | |
| Totals for Included | | 1 | | | $10.00 | $1.81 | $0.11 | $1.92 |
| Totals for Day 12/24/2008 | | 1 | | | $10.00 | $1.81 | $0.11 | $1.92 |
| Day 12/28/2008 | | | | | | | | |
| Totals for Included | | 1 | | | $10.00 | $1.81 | $0.11 | $1.92 |
| Totals for Day 12/28/2008 | | 1 | | | $10.00 | $1.81 | $0.11 | $1.92 |
| Totals for User Name BARUCH,GREG (4740557) | | 32 | | | $2,582.25 | $468.29 | $25.38 | $493.66 |
| Totals for Client 99G8 | | 32 | | | $2,582.25 | $468.25 | $25.38 | $493.66 |
| Totals for Account 1000738219 | | 40 | | | $2,654.75 | $481.43 | $26.14 | $507.57 |
| **Report Totals: Included** | | 40 | | | $2,654.75 | $481.45 | $26.14 | $507.57 |
| **Report Totals** | | 40 | | | $2,654.75 | $481.43 | $26.14 | $507.57 |

WestLaw - January 2009

| 68 | 75 | 99 |
|-----|--------|--------|
| 28.02 | 130.09 | 323.31 |

✓TS  5/17/09

**Account: BERRY & BRAUCH, WASHINGTON DC (1000738219)**

**Date Range: January 01, 2009 - January 31, 2009**

**Report Format: Summary-Account by Client by User by Day**

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| **Account: 1000738219** | | | | | | | | |
| **Client 68-JDL** | | | | | | | | |
| **User Name LEFTWICH,DAN (4740559)** | | | | | | | | |
| Day 01/07/2009 | | | | | | | | |
| Totals for Included | | 7 | 482 | | $506.28 | $28.02 | $1.53 | $35.56 |
| Totals for Day 01/07/2009 | | 7 | 482 | | $506.28 | $28.02 | $1.53 | $35.56 |
| Totals for User Name LEFTWICH,DAN (4740559) | | 7 | 482 | | $506.28 | $28.02 | $1.53 | $35.56 |
| Totals for Client 68-JDL | | 7 | 482 | | $506.28 | $28.02 | $1.53 | $35.56 |
| **Client 75GB** | | | | | | | | |
| **User Name BARUCH,GREG (4740557)** | | | | | | | | |
| Day 01/16/2009 | | | | | | | | |
| Totals for Included | | 30 | | | $1,777.25 | $98.38 | $5.35 | $101.73 |
| Totals for Day 01/16/2009 | | 30 | | | $1,777.25 | $98.38 | $5.35 | $101.73 |
| Day 01/23/2009 | | | | | | | | |
| Totals for Included | | 6 | | | $390.00 | $21.59 | $1.17 | $22.76 |
| Totals for Day 01/23/2009 | | 6 | | | $390.00 | $21.59 | $1.17 | $22.76 |
| Day 01/29/2009 | | | | | | | | |
| Totals for Included | | 3 | | | $183.00 | $10.13 | $0.55 | $10.68 |
| Totals for Day 01/29/2009 | | 3 | | | $183.00 | $10.13 | $0.55 | $10.68 |
| Totals for User Name BARUCH,GREG (4740557) | | 39 | | | $2,350.25 | $130.09 | $7.07 | $135.16 |
| Totals for Client 75GB | | 39 | | | $2,350.25 | $130.09 | $7.07 | $135.16 |
| **Client 99GB** | | | | | | | | |
| **User Name BARUCH,GREG (4740557)** | | | | | | | | |
| Day 01/07/2009 | | | | | | | | |
| Totals for Included | | 2 | | | $240.00 | $13.28 | $0.72 | $14.00 |
| Totals for Day 01/07/2009 | | 2 | | | $240.00 | $13.28 | $0.72 | $14.00 |
| Day 01/16/2009 | | | | | | | | |
| Totals for Included | | 9 | | | $750.00 | $41.52 | $2.25 | $43.77 |
| Totals for Day 01/16/2009 | | 9 | | | $750.00 | $41.52 | $2.25 | $43.77 |
| Day 01/21/2009 | | | | | | | | |
| Totals for Included | | 7 | | | $616.25 | $34.11 | $1.85 | $35.96 |
| Totals for Day 01/21/2009 | | 7 | | | $616.25 | $34.11 | $1.85 | $35.96 |

**Account:** BERRY & BRAUCH, WASHINGTON DC (1000738219)
**Date Range:** January 01, 2009 - January 31, 2009
**Report Format:** Summary-Account by Client by User by Day

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Day 01/23/2009 | | | | | | | | |
| Totals for Included | | 1 | | | $120.00 | $6.64 | $0.36 | $7.00 |
| Totals for Day 01/23/2009 | | 1 | | | $120.00 | $6.64 | $0.36 | $7.00 |
| Day 01/26/2009 | | | | | | | | |
| Totals for Included | | 10 | | | $418.25 | $23.15 | $1.26 | $24.41 |
| Totals for Day 01/26/2009 | | 10 | | | $418.25 | $23.15 | $1.26 | $24.41 |
| Day 01/27/2009 | | | | | | | | |
| Totals for Included | | 1 | | | $61.00 | $3.38 | $0.18 | $3.56 |
| Totals for Day 01/27/2009 | | 1 | | | $61.00 | $3.38 | $0.18 | $3.56 |
| Day 01/28/2009 | | | | | | | | |
| Totals for Included | | 17 | 3,009 | | $541.61 | $29.98 | $1.67 | $31.65 |
| Totals for Day 01/28/2009 | | 17 | 3,009 | | $541.61 | $29.98 | $1.67 | $31.65 |
| Day 01/30/2009 | | | | | | | | |
| Totals for Included | | 54 | | | $3,093.75 | $171.25 | $9.31 | $180.56 |
| Totals for Day 01/30/2009 | | 54 | | | $3,093.75 | $171.25 | $9.31 | $180.56 |
| Totals for User Name BARUCH,GREG (4740557) | | 101 | 3,009 | | $5,840.86 | $323.31 | $17.60 | $340.91 |
| Totals for Client 99GB | | 101 | 3,009 | | $5,840.86 | $323.31 | $17.60 | $340.91 |
| Totals for Account 1000738219 | | 147 | 3,491 | | $8,697.39 | $481.43 | $26.20 | $507.63 |
| | | | | | | | | |
| Report Totals - Included | | 147 | 3,491 | | $8,697.39 | $481.43 | $26.20 | $507.63 |
| Report Totals | | 147 | 3,491 | | $8,697.39 | $481.43 | $26.20 | $507.63 |