Stephen F. Crew, OSB No. 78171, stevec@oandc.com
O'DONNELL, CLARK & CREW LLP
Fremont Place, Suite 302
1650 NW Naito Parkway
Portland, Oregon 97209
Telephone: (503) 306-0224
Telecopy: (503) 306-0257

R. Stephen Berry, D.C. Bar No. 234815, sberry@berry-baruch.com
BERRY & BARUCH
1717 Pennsylvania Ave., NW, Suite 450
Washington, DC 20006-1809
Telephone: (202) 296-3020
Telecopy: (202) 296-3038
(Other Counsel Listed on Signature Page)
    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **MORELOCK ENTERPRISES,** | Civil No. 3:04-cv-00583-PA |
| **Plaintiff,** | |
| | **CONSENT MOTION FOR PRELIMINARY** |
| **WEYERHAEUSER COMPANY,** | **APPROVAL OF SETTLEMENT** |
| **Defendant.** | |

With the consent of Defendant Weyerhaeuser Company, Plaintiff Morelock Enterprises ("Morelock"), on behalf of the Class, hereby respectfully moves this Court for the following:

1. Preliminary approval of a settlement of this action, as set forth in the Settlement Agreement set forth as Exhibit 1 hereto.

2. A stay of all proceedings in this case other than those relating to the settlement.

3. Authorization to send notice to the Class of the preliminary settlement in the form set forth as Exhibit 2 hereto.

4. Confirmation by the Court of the new names of the firms serving as Class Counsel – that is, Berry & Baruch (successor to Berry & Leftwich) and O'Donnell, Clark & Crew LLP (successor to O'Donnell & Clark and Ramis, Crew, Corrigan & Bachrach) (the other firm serving as Class Counsel, Karnopp Petersen LLP, is unchanged).

For the reasons set forth here and in the accompanying Memorandum, Morelock respectfully requests that its Motion be granted.

**CONSENT MOTION FOR PRELIMINARY**
**APPROVAL OF SETTLEMENT- PAGE 2**

Berry & Baruch
1717 Pennsylvania Ave., NW, Suite 450
Washington, DC 20006-1809

Dated: May 13, 2009

KARNOPP PETERSEN LLP
William F. Buchanan
OSB No.93222
Josh Newton
OSB No.98308
Telephone: (541) 382-3011

Riverpointe One
1201 NW Wall Street
Suite 300
Bend, Oregon 97701-1957
Telecopy: (541) 388-5401
Web: www. karnopp.com
Email: wfb@karnopp.com

O"DONNELL, CLARK & CREW LLP
Stephen F. Crew
OSB No. 78171
Mark. P. O'Donnell
OSB No. 68119
Telephone: (503) 306-0224

Fremont Place, Suite 302
1650 NW Naito Parkway
Portland, Oregon 97209
Telecopy: (503) 306-0257
Web: lawyers.com/odonnell& clark
Email: stevec@oandc.com
      marko@oandc.com

Respectfully submitted,

BERRY & BARUCH

By: /s/_____

R. STEPHEN BERRY
D.C. Bar No. 234815
Telephone:  (202) 296-3020

Gregory Baruch
D.C. Bar No. 420137
J. Daniel Leftwich
D.C. Bar No. 428134
1717 Pennsylvania Ave., NW, Suite 450
Washington, DC  20006-1809
Telecopy:   (202) 296-3038
Web: berry-leftwich.com
Email: sberry@berry-baruch.com
       gbaruch@berry-baruch.com
       dleftwich.law@gmail.com

**Attorneys for Plaintiff
Morelock Industries, Inc.
and the Class**

**CONSENT MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT- PAGE 3**

Berry & Baruch
1717 Pennsylvania Ave., NW, Suite 450
Washington, DC  20006-1809

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via email on Defendants' counsel of record through the Court's electronic filing system.

/s/_____
Gregory Baruch

CONSENT MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT- PAGE 4

Berry & Baruch
1717 Pennsylvania Ave., NW, Suite 450
Washington, DC 20006-1809