Stephen F. Crew, OSB No. 78171, stevec@oandc.com
O'DONNELL, CLARK & CREW LLP
Fremont Place, Suite 302
1650 NW Naito Parkway
Portland, Oregon 97209
Telephone: (503) 306-0224
Telecopy: (503) 306-0257

R. Stephen Berry, D.C. Bar No. 234815, sberry@berry-baruch.com
BERRY & BARUCH
1717 Pennsylvania Ave. NW, Suite 450
Washington, DC 20006-1809
Telephone: (202) 296-3020
Telecopy: (202) 296-3038
(Other Counsel Listed on Signature Page of Accompanying Motions)
    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**MORELOCK ENTERPRISES,**

    **Plaintiff,**

                                                **Civil No. 3:04-cv-00583-PA**

**WEYERHAEUSER CO.**

    **Defendant.**

## CLASS'S CONSENT MOTION FOR FINAL APPROVAL OF SETTLEMENT

For the reasons set forth in the accompanying Memorandum, Plaintiff Morelock Enterprises ("Plaintiff" or "Morelock"), on behalf of the Class, hereby respectfully moves this Court under Fed. R. Civ. P. 23(e) for final approval of the proposed settlement of this action with defendant Weyerhaeuser.

**CLASS'S MOTION FOR FINAL**
**APPROVAL OF SETTLEMENT - Page 1**

                                            Berry & Baruch
                                            1717 Pennsylvania Ave., NW Suite 450
                                            Washington, DC 20006-1809

Dated: June 15, 2009

KARNOPP PETERSEN LLP
William F. Buchanan
OSB No.93222
Josh Newton
OSB No.98308
Telephone: (541) 382-3011

Riverpointe One
1201 NW Wall Street
Suite 300
Bend, Oregon 97701-1957
Telecopy: (541) 388-5401
Web: www. karnopp.com
Email: wfb@karnopp.com

O"DONNELL, CLARK & CREW LLP
Stephen F. Crew
OSB No. 78171
Mark. P. O'Donnell
OSB No. 68119
Telephone: (503) 306-0224

Fremont Place, Suite 302
1650 NW Naito Parkway
Portland, Oregon 97209
Telecopy: (503) 306-0257
Email: stevec@oandc.com
        marko@oandc.com

Respectfully submitted,

BERRY & BARUCH

By: /s/ _____

R. STEPHEN BERRY
D.C. Bar No. 234815
Telephone: (202) 296-3020

Gregory Baruch
D.C. Bar No. 420137
J. Daniel Leftwich
D.C. Bar No. 428134
1717 Pennsylvania Ave., NW, Suite 450
Washington, DC 20006-1809
Telecopy:   (202) 296-3038
Email: sberry@berry-baruch.com
        gbaruch@berry-baruch.com
        dleftwich.law@gmail.com

**Attorneys for Plaintiff
Morelock Industries, Inc.
and the Class**

**CLASS'S MOTION FOR FINAL
APPROVAL OF SETTLEMENT - Page 2**

Berry & Baruch
1717 Pennsylvania Ave., NW Suite 450
Washington, DC 20006-1809

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via email on Defendants' counsel of record through the Court's electronic filing system.

/s/_____
Gregory Baruch